IN THE EASTERN DISTRICT COURT OF UNITED STATES
KNOXVILLE DIVISION

FILED
AUG 09 2021
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

CLAUDE L. ROYSTON, )
ROYSTON LLC. )
PLAINTIFFS )
VS. ) CASE NO. 2020-CV-500
)
ELIZABETH PAULEY, )
JOSHUA SOLLER )
DEFENDANTS )

3:21-CV-287
Corker / Guyton

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendant **Elizabeth Pauley** hereby removes this action to this Court pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1446 and 28 U.S.C. 1343(a)(3), and because the action seeks to redress deprivation of rights secured by the Constitution of the United States, including her Fifth & Fourteenth Amendment rights to procedural due process, her rights to under Fair Housing Act, and the rights to a Republican Form of Government conferred by Article IV, Section 4 of the United States Constitution.

Accordingly, this Notice of Removal is timely under 28 U.S.C. § 1446(b)(1) and 28 U.S.C. § 1446(b)(3), as it is filed within 30 days of service of pleading. See Murphy Bros. v. Michetti Pipe Stringing, 526 U.S. 344, 350–51 (1999). Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served on the Defendants relating to this action is attached as Exhibits A–I. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on counsel for Royston LLC., and a copy, along with a Notice of Filing of the Notice of Removal, is today being filed with the Clerk of the General Sessions Court of Grainger County, Tennessee.

*1.* On December 15, 2020, Attorney Claude L. Royston for Plaintiff Royston LLC. commenced an action in the General Sessions Court for Grainger County, Tennessee, captioned Claude L. Royston - Royston LLC. v. Joshua C. Soller, Elizabeth Anne Pauley in official capacity, No. 2020-CV-500.

Royston LLC.'s Attorney Claude L. Royston amended that complaint and officially served notice on Defendants July 20,

2021. The Defendants listed above are the only defendants named in the State Court Action. Additional lawyers, Daniels & Newman, have since joined Plaintiff's team.

*2.* Defendants had reported Plaintiff's Member Claude L. Royston to Grainger County Sheriff's Dpt. for multiple Burglaries in their residence and suspicion of Stalking of Defendant Elizabeth Pauley. Plaintiff Royston LLC. immediately filed a warrant by way of fraud for civil action against Defendants. Grainer County Court Clerk granted action to non-lawyer corporate Member Claude L. Royston of Royston LLC. on 12-15-2020. Despite Criminal the Violations and Tennessee Rules of Civil Procedure not followed; Defendants were served notice to Defendants on 07-20-2021. Defendants made several Court Motions pleading for Civil Rights but those Motions were all DENIED.

*3.* The Defendant removes this action under 28 U.S.C. § 1343(a)(3) because the action seeks redress for deprivations of Defendant's federal constitutional rights caused by actions taken under color of state law. Section 1343(a)(3) provides federal district courts with original jurisdiction over "any civil action authorized by law" brought by any person: (a) "to redress the deprivation . . . of any right, privilege or immunity secured by the Constitution of the United States" that (b) occurs "under color of any State law, statute, ordinance, regulation, custom or usage." Defendant is a Mother and was denied access into courtroom to attend ALL her court proceeding in this case due to her children. A final judgement was issued against her in her absence. Due process was denied to Defendant because of her Familial Status. This discrimination was also likely aided by the influential pressure of large corporate landlords in her area seeking to quickly finalize evictions that were federally protected before any possible Sixth Circuit Court of Appeals ruling overruled by U.S. Supreme Court, or a Congressional vote to halt Evictions.

*4.* The Defendant also removes this action under 28 U.S.C. § 1331 removal under a Federal Question Jurisdiction for reasons not limited to:

*a.)* Department of Justice & Center for Disease Control Legal Claims. The massive amount of COVID cases in Tennessee and facts related to the new Delta Variance. (ORDER UNDER SECTION 361 OF THE PUBLIC HEALTH SERVICE ACT (42 U.S.C. 264) AND 42 CODE OF FEDERAL REGULATIONS 70.2 )

*b.)* HOA Covenant violations in Plaintiff's claim are in violation of Defendant's Protected Class and Federally Protected Rights. 42 U.S.C. §3604(3)(b), 15 U.S.C. §1692(a),15 U.S.C. §1692 (Title VIII of the Civil Rights Act

*of 1968)*

*The "liberty interest" of Defendant(s) have been violated, and for which Defendant seeks redress, is secured by the United States Constitution. See,e.g., Youngberg v. Romeo, 457 U.S. 307, 315 (1982); Parham v. J.R., 442 U.S. 584, 600 (1979). The Fourteenth Amendment to the United States Constitution prohibits a "state" from "depriv[ing] any person of life, liberty, or property, without due process of law[.]" U.S. Const. amend. XIV, § 1 (emphasis added).* See, e.g., Compagnie Francaise de Navigation a Vapeur v. State Bd. of Health, 186 U.S. 380, 386, 393–94 (1902) (exercising appellate jurisdiction based on due process protections in the Fourteenth Amendment over challenge to allegedly ultra vires state quarantine order). This Court has original jurisdiction in this case because Defendant(s) are questioning the ultra vires quarantine order in connections with other constitutional violations that deprived her of her liberty interest without the procedural due process to which she is entitled under the Fourteenth Amendment. 28 U.S.C. § 1343(a)(3).

**WHEREFORE**, *for all these reasons, the Defendant removes the State Court Action to this Court.*

**Respectfully Submitted** *this the 9th day of August, 2021,*

*Elizabeth Pauley*

*Pro Se*

*434 Sandpiper LN*

*Bean Station TN 37708*

*(865) 223-0975*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be hand delivered after filing by and/or U.S. Mail to:

**GRAINGER COUNTY COURT CLERK**
*8095 Rutledge Pike, Suite 104*
*Rutledge, TN 37861*

Joshua Soller
434 Sandpiper LN
Bean Station TN 37708

***ATTORNEY(S) CLAUDE ROYSTON, CREED DANIEL, EVAN NEWMAN***
*PO BOX 6*
*Rutledge, TN 37861*

**DATED** this the 9th day of August, 2021.

Elizabeth Pauley
434 Sandpiper Ln
Bean Station TN 37708
865.223.0975